IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LONNIE C. McCOLLUM                                                               PETITIONER
Reg. #22674-424

VS.                                  2:11CV00067 BSM/JTR

T.C. OUTLAW, Warden,                                                             RESPONDENT
FCI-Forrest City

## ORDER

Respondent has filed a Response (docket entry #9) to this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, arguing that (1) Petitioner has failed to exhaust his administrative remedies within the Bureau of Prisons, and (2) there is no case or controversy for the Court to adjudicate because he has not yet been evaluated for RRC placement.

Petitioner is directed to file a Reply, addressing Respondent's arguments, **on or before July 15, 2011.**

DATED THIS 14th DAY OF June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE