IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LONNIE C. McCOLLUM                                                           PETITIONER
Reg. #22674-424

VS.                                      2:11CV00067 JTR

T.C. OUTLAW, Warden,                                                         RESPONDENT
FCI-Forrest City

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, WITHOUT PREJUDICE.

DATED this 13th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE